IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RONALD DAVID JONES,

    Plaintiff,

v.        CASE NO. 4:15cv81-RH/CAS

KEITH DOWDELL, MS. CLEMEY,
JACK MCLEAN, ANN SHERMAN,
and GREG TAYLOR,

    Defendants.

_____/

## ORDER OF DISMISSAL

    This case is before the court on the magistrate judge's report and recommendation, ECF No. 15, and the objections ECF No. 16. I have reviewed *de novo* the issues raised by the objections. The recommendation is for dismissal of the amended complaint on the court's own motion for failure to state a claim on which relief can be granted.

    A plaintiff may be entitled to notice and an opportunity to be heard prior to a dismissal on the court's own motion in circumstances like these. *See, e.g., Am. United Life Ins. Co. v. Martinez*, 480 F.3d 1043, 1069 (11th Cir. 2007); *Danow v.*

*Borack*, 197 F. App'x 853, 856, 2006 WL 2671928, at *3 (11th Cir. 2006) (unpublished); *see also Jefferson Fourteenth Associates v. Wometco de Puerto Rico, Inc.*, 695 F.2d 524 (11th Cir. 1983). Here the report and recommendation gave the plaintiff adequate notice, and he had an opportunity to respond by filing objections.

A complaint properly survives dismissal only if "the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009). For purposes of a motion to dismiss, the complaint's factual allegations, though not its legal conclusions, must be accepted as true. *Id.*; *see also Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007).

Here the report and recommendation correctly concludes that the amended complaint falls short. And granting leave to amend will not change the result. The plaintiff's utilities may or may not have been improperly disconnected (although the complaint suggests the plaintiff failed to pay at least part of the amounts owed). The plaintiff may or may not have stolen utilities as charged in a criminal case that was filed, and then dismissed, in state court. But nothing in the amended complaint plausibly suggests that the plaintiff's constitutional rights were violated by these defendants.

One final matter should be mentioned, even though it has had no effect on this ruling.  The entire tenor of the plaintiff's litigation in this court, in this case and in the many others he has filed, is captured by his explanation of why he filed the amended complaint one day after the deadline set by the order granting leave to amend.  He says that "the U. S. Postal Services deliberately and maliciously held Plaintiff's mail after opening it."  ECF No. 16 at 2.

For these reasons,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The clerk must enter judgment stating, "The complaint is dismissed with prejudice."  The clerk must close the file.

SO ORDERED on May 2, 2016.

                          s/Robert L. Hinkle
                          United States District Judge